IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VILMER O. REYES-TORRES,

Plaintiff,

v.

2112202 ALBERTA LTD, et al.,

Defendants.

Case No. 24-834 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:  7/1/2026**　　　　　　　　**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:** _____
**J. PHIL GILBERT**
**DISTRICT JUDGE**